IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
C-CR-88-205-MU

FILED
CHARLOTTE, N. C.

MAY 9 2007

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES OF AMERICA, )
)
)
VS. )
) **ORDER**
RICHARD W. DORTCH, )
)
Defendant )
)

THIS MATTER is before the Court upon a Petition for Remission of Fine, pursuant to Title 18 U.S.C. §3573, filed by the United States on May 9, 2007. The grounds for the petition are that the Defendant has few assets and resources from which collection of the fine is likely to be effective, and that no fine was imposed upon the re-sentencing of his co-defendant James O. Bakker, and related Defendants David and James Taggert have previously had their fines remitted by then Senior District Court Judge Robert D. Potter in 1995. Furthermore, this Defendant provided substantial assistance to the government in the investigation and prosecution of Bakker and others. In the interest of justice, and based upon the Government's showing that reasonable efforts to collect any remaining fine are not likely to be effective, the Court will grant the petition.

**NOW, THEREFORE, IT IS ORDERED**, that the remaining fine and interest due and owing by Defendant Richard W. Dortch be, and is hereby, **REMITTED**.

The Court is directed to certify all copies of this Order to the Defendant, defense counsel, United States Probation Officer for the Western District of North Carolina, and the United States Attorney.

This the ___ day of May, 2007.

THE HONORABLE GRAHAM C. MULLEN
U.S. SENIOR DISTRICT JUDGE